# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2012

Robert P. Young, Jr.,
Chief Justice

143824

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRANDON McQUEEN and MATTHEW
TAYLOR, d/b/a COMPASSIONATE
APOTHECARY, LLC,
          Defendants-Appellants.

SC: 143824
COA: 301951
Isabella CC: 2010-008488-CZ

_____/

On order of the Court, the application for leave to appeal the August 23, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the Michigan Medical Marihuana Act (MMMA), MCL 333.26421 *et seq*., permits patient-to-patient sales of marihuana.

The Attorney General and the Michigan Association of Compassion Centers are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

_____
Clerk

y0321